CHARLES A. CLEGG, Respondent, *v.* THE NEW YORK NEWS-PAPER UNION et al., Appellants.

(Argued November 30, 1891; decided December 15, 1891.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made March 14, 1891,

which reversed an order of Special Term, denying a motion by plaintiff for a new trial and a motion by defendant for a reargument.

*Horace Russell* for appellants.

*William B. Hornblower* for respondent.

Agree to affirm order as to all the defendants, except Bealls, Foster and Rowell, and as to them order reversed; no opinion.

All concur.

Ordered accordingly.